1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN M BORERELLI,<br><br>        Plaintiffs,<br><br>    v.<br><br>CUTERA, INC.,<br><br>        Defendants. | Case No. 20-cv-04046-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **3/19/21 at 3:00 PM.**
Counsel *must* file a joint case management statement by: **3/12/21.**

INITIAL WRITTEN DISCOVERY Exchanged by: **11/30/20.**

MEDIATION DEADLINE: **2/1/21.**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: **3/1/21**.

LAST DAY TO AMEND PLEADINGS: **4/1/21.**

COMPLETION OF DEPOSITIONS is: **5/21/21.**

DESIGNATION OF EXPERTS: **4/16/21**; SUPPLEMENTAL DESIGNATION: **5/14/21;**
REBUTTAL: **6/11/21**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: **7/16/21**.

DISPOSITIVE MOTIONS **SHALL** be filed by: **8/16/21**;
    Opp. Due: **9/13/21**; Reply Due**: 10/4/21**;
    and set for hearing no later than **10/15/21** at **10:00 AM**.

PRETRIAL CONFERENCE DATE: **11/16/21** at 3:30 PM.  The parties are instructed to contact the Courtroom Deputy (sicrd@cand.uscourts.gov) if they would like to request an earlier time for the Conference.

Jury TRIAL DATE: **11/29/21** at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: October 30, 2020

_____
SUSAN ILLSTON
United States District Judge